UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CR-FERGUSON**

NO. **00-6363**

18 U.S.C. § 401(3)
18 U.S.C. § 3146(a)(2)



UNITED STATES OF AMERICA,   **MAGISTRATE JUDGE SNOW**

v.

EDGAR JOSE DUARTE,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about November 11, 2000, at Broward County, in the Southern District of Florida, the defendant,

EDGAR JOSE DUARTE,

knowingly and willfully, and in disobedience to and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Fort Lauderdale, Florida, on or about September 15, 2000, in <u>United States v. Edgar Jose Duarte</u>, Case No. 00-6093-Cr-Ferguson, did fail to surrender to commence serving his imprisonment term as ordered by the District Court; in violation of Title 18, United States Code, Section 401(3).

## COUNT II

On or about November 11, 2000, at Broward County, in the Southern District of Florida, the defendant,

### EDGAR JOSE DUARTE,

having previously been sentenced for a violation of Title 21, United States Code, Sections 846 and 841(a)(1), that is, conspiracy to possess with intent to distribute cocaine, and sentenced to serve 135 months' imprisonment, and having been released pending surrender by order of the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3141 et seq., in United States v. Edgar Jose Duarte, Case No. 00-6093-Cr-Ferguson, did knowingly and willfully fail to surrender to commence serving his imprisonment term as ordered by said Court, in that the defendant failed to surrender for service of sentence as ordered by said Court on September 15, 2000; in violation of Title 18, United States Code, Section 3146(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA           CASE NO. _____

v.                                 **CERTIFICATE OF TRIAL ATTORNEY***

EDGAR JOSE DUARTE _____          **Superseding Case Information:**

**Court Division:** (Select One)       New Defendant(s)    Yes ___  No ___
                                   Number of New Defendants  ___
___ Miami  ___ Key West            Total number of counts    ___
 X  FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       X___      Petty    ___
   II   6 to 10 days      ___       Minor    ___
   III  11 to 20 days     ___       Misdem.  ___
   IV   21 to 60 days     ___       Felony   X___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:  00-6093-CR-FERGUSON _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

                                   *Roger W. Powell*
                                   ROGER W. POWELL
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 341411

*Penalty Sheet(s) attached                                     REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  EDGAR JOSE DUARTE          No.: _____

**Count #:1**
 CONTEMPT OF COURT

Title 18, United States Code, Section 401(3)

*Max. Penalty: A term of imprisonment or fine at Court's Discretion

**Count #: 2**
FAILURE TO SURRENDER

Title 18, United States Code, Section 3146(a)(2)

*Max. Penalty: 10 Years' Imprisonment; and a $250,000 Fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

No. 04437

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Central Criminal Division

### THE UNITED STATES OF AMERICA
vs.
EDGAR JOSÉ DUARTE

## INDICTMENT
18 USC §401(3)
18 USC § 3146(a)(2)

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19___

_____
Clerk

Bail, $ _____