UNITED STATES OF AMERICA

v.

EDGAR JOSE DUARTE

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6363**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

DEC 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  EDGAR JOSE DUARTE
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) Contempt of Court and Failure to Surrender,

in violation of Title  18  United States Code, Section(s) 401(3) and 3146(a)(2)

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

*(signature)* Jimmy Butler

**Signature of Issuing Officer**

December 19, 2000, FORT LAUDERDALE, FLORIDA

**Date and Location**

Bail fixed at $ Pre-trial detention

by  **BARRY S. SELTZER**
    **UNITED STATES MAGISTRATE JUDGE**
    **Name of Judicial Officer**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

