UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE E. DUARTE,

Defendant.

Case No. 00-6363-CR-FERGUSON

FILED by _____ D.C.
APR 1 1 2001

_____

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Jose E. Duarte, #1 is apprehended.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of April 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL