

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-43

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Patricia A. Seitz forthwith:

| | |
|---|---|
| 0:98CV6942 | MDM Acceptance v. Gagne |
| 0:02CV60266 | Media Processor v. Raabe |
| 0:02CV60356 | Boyer v. Florida Education |
| 0:02CV60931 | Rowan Construction v. St. Lucie Tax Collector |
| 0:02CV60982 | Valerio v. Acrylics Plus Inc. |
| 0:02CV61460 | Disabled Patriots v. Pompano Lincoln |
| 0:02CV61484 | Ryan Beck & Co. V. Wein |
| 0:02CV61757 | Crook v. Dept. of Corrections |
| 0:02CV61781 | Saltzman v. United States |
| 0:03CV60163 | Boland v. EMSA Correctional |
| 0:03CV60193 | Access 4 All Inc. V. Miami Anchor |
| 0:03CV60481 | Boileau v. Marla South Florida |
| 0:03CV60596 | Peterman v. Beverly's Pet |
| 0:03CV60859 | Saint-Fleur v. Dress |
| 0:03CV60885 | Nesbeth v. Gold Coast Health |
| 9:00CV8478 | Schwall v. School Board |
| 9:01CV8726 | Labzda v. Purdue Pharma |
| 9:03CV80063 | Phelps v. Wyeth |
| 9:03CV80317 | United States v. Gaessler |

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Patricia A. Seitz forthwith:

| | |
|---|---|
| 0:00CR6024 | United States v. Delarossa |
| 0:00CR6363 | United States v. Duarte |



```
0:02CR60154        United States v. Fusari
0:02CR60228        United States v. Roye
0:03CR60054        United States v. Beckett
0:03CR60102        United States v. Colon
1:96CR271          United States v. Gonzalez
1:01CR608          United States v. Hermanowski
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Ted E. Bandstra, who is paired with Judge Seitz. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Bandstra.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.   Judge Patricia A. Seitz
     Magistrate Judge Lurana S. Snow
     Magistrate Judge Ted E. Bandstra
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record